**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENNETH T. CHAVEZ, on behalf of
himself and all others similarly
situated,

                          Plaintiff,

                                                         CASE NO. 1:21-cv-06490-BMC

      v.

CELEBRITY RESORTS OF BRIGANTINE BEACH,
LLC, and CELEBRITY RESORTS OF NEW JERSEY
MANAGEMENT LLC,
                        Defendant.
-----------------------------------------------------------------X

## NOTICE OF SETTLEMENT

Plaintiff, KENNETH T. CHAVEZ, hereby notifies this Court that a settlement in principle has been reached in the instant action. The parties request that all deadlines be suspended while the parties finalize a settlement agreement.

DATED this 12th day of January, 2022.

                                                   Respectfully Submitted,
                                                   By:   */s/ Mitchell Segal*
                                                   Mitchell Segal, Esq.
                                                   Law Offices of Mitchell S. Segal, P.C.
                                                   Attorney for Plaintiff
                                                   1129 Northern Boulevard, Suite 404
                                                   Manhasset, New York 11030
                                                   Ph: (516) 415-0100
                                                    Fx: (516) 706-6631
                                                   msegal@segallegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this 12th day of January, 2022.

By: _/s/ Mitchell Segal_
Mitchell Segal, Esq.
(MS4878)

## **SERVICE LIST:**

CELEBRITY RESORTS OF
BRIGANTINE BEACH, LLC
1400-1500 Ocean Ave
Brigantine, NJ 08203


CELEBRITY RESORTS OF
NEW JERSEY MANAGEMENT LLC
1400-1500 Ocean Ave
Brigantine, NJ 08203